UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> KTF ENTERPRISES, INC. and KIRKER ENTERPRISES, INC., <br><br> Defendants. | Civil Action No. 19-CV-06611-NSR |
| JAVIER AMIGON, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> KTF ENTERPRISES, INC. and KIRKER ENTERPRISES, INC., <br><br> Defendants. | Civil Action No. 19-CV-08108-NSR |

**ORDER TO TERMINATE ACTION**

A Consent Decree having been entered between the parties on March 13, 2020 (ECF. Doc. No. 43), the Court hereby **ORDERS** that this action and provisions of the consent decree be **TERMINATED.** The Clerk of the Court is further directed to terminate this action and remove this action from the docket.

**IT IS SO ORDERED** on this ____1st____ day of __May__ 2023.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _5/1/2023_____

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE